# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                   **Case No. 09-CR-10**

**ERIC MOORE**
    **Defendant.**

## ORDER

The court being advised that defendant's USM # has been changed,

**IT IS ORDERED** that an amended judgment issue changing the number to 12399-045.

Fed. R. Crim. P. 36.

Dated at Milwaukee, Wisconsin, this 14th day of October, 2014.

                                          /s Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge